THE HONORABLE ROBERT J. BRYAN

FILED ___ LODGED
___ RECEIVED

NOV 20 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARILYN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, and THE HARTFORD FINANCIAL SERVICES GROUP, INC.,<br><br>Defendants. | Case No.:C08 5651 RJB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

## I. STIPULATION

Plaintiff Marilyn Martin filed her complaint in this case on October 24 and served the Washington State Insurance Commissioner with summonses and a complaint on October 31, 2008. Separate summonses gave Defendants Twin City Fire Insurance Company and The Hartford Financial Services Group, Inc. (collectively "the Defendants") 40 days to answer or otherwise plead.

Through their counsel, Plaintiff and the Defendants have conferred and hereby stipulate that, with the Court's permission, the Defendants may have until January 16, 2009 to answer or otherwise plead in response to the Complaint.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT -Case No.:C08 5651 RJB
BJA-000\383622.doc -1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

DATED this 20th day of November, 2008.

| STOKES LAWRENCE, P.S. | LOWENBERG, LOPEZ & HANSEN, P.S. |
|---|---|
| By: /s/ Bradford J. Axel<br>Bradford J. Axel, WSBA #29269<br>Defendants' Counsel | By: /s/ Stephen M. Hansen<br>Stephen M. Hansen, WSBA #15642<br>Plaintiff's Counsel |

## II. ORDER

Having considered the parties' stipulation, it is hereby ordered that Defendants shall have until January 16, 2009 to answer or otherwise plead in response to the Plaintiff's Complaint.

DATED this 20th day of November, 2008.

/s/ Robert J. Bryan
THE HONORABLE ROBERT J. BRYAN

Presented by:

STOKES LAWRENCE, P.S.

By: /s/ Bradford J. Axel
Bradford J. Axel (WSBA #29269)
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104
(206) 626-6000
(206) 464-1496 fax

Counsel for Defendants

LOWENBERG, LOPEZ & HANSEN, P.S.

By: /s/ Stephen M. Hansen
Stephen M. Hansen (WSBA #15642)
950 Pacific Avenue, Suite 450
Tacoma, Washington 98402-4441
(253) 383-1964
(253) 838-4493 fax

Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT -Case No.:C08 5651 RJB
BJA-000\383622.doc  -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2008, I caused the foregoing Stipulation and [Proposed] Order Extending Time for Defendants to Respond to Complaint to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Debra Hayes | dhayes@dhayeslaw.com |
| Stephen M. Hansen | stephen.hansen@llhlaw.com |

☐ mailed by first class United States mail, postage prepaid, to the following:

☐ hand delivered to the following:

☐ e-mailed and mailed by first class United States mail, postage prepaid, to the following:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following:

/s/ Bradford J. Axel
Bradford J. Axel, WSBA #29269
Attorney for Defendants Twin City Fire
Insurance Company and The Hartford Financial
Services Group, Inc.
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA 98104
(206) 626-6000
Fax: (206) 464-1496
Bradford.axel@stokeslaw.com

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT -Case No.:C08 5651 RJB
BJA-000\383622.doc
-3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000