1                                                                            THE HONORABLE ROBERT J. BRYAN

08-CV-05651-ORD



## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

MARILYN MARTIN,

        Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP, INC., and HARTFORD FIRE INSURANCE COMPANY,

        Defendants.

Case No.: C08 5651 RJB

STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

## I. STIPULATION

On February 6, 2009, Defendants Twin City Fire Insurance Company, The Hartford Financial Services Group, Inc., and Hartford Fire Insurance Company (collectively, "the Defendants") filed a Motion to Dismiss and Strike the First Amended Complaint (the "Motion") filed by Plaintiff Marilyn Martin. The Motion is noted for consideration on March 20, 2009.[1]

The parties have conferred and hereby stipulate that, with the Court's permission, the Motion be re-noted for consideration on March 27, 2009, and that Defendants have until March 27, 2009 to file their reply brief in support of the Motion.

DATED this 16th day of March, 2009.

---

[1] The Court entered an Order on February 25, 2009 re-noting consideration of the Motion from the original noting date of March 6 to March 20, and extending the briefing schedule on the Motion. Because of unexpected travel by defendants, the parties agreed to, and request that the Court allow, a further extension on the reply brief deadline.

STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO
FILE REPLY IN SUPPORT OF MOTION TO DISMISS
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## II. ORDER

Having considered the parties' stipulation, it is hereby ordered that Defendants' Motion to Dismiss and Motion to Strike shall be re-noted for consideration on March 27, 2009. Defendants shall have until March 27, 2009 to file their reply brief in support of their Motion to Dismiss and Motion to Strike.

IT IS SO ORDERED.

DATED this 16 day of March, 2009.

_____
THE HONORABLE ROBERT J. BRYAN

Presented by:

STOKES LAWRENCE, P.S.

By: /s/ Bradford J. Axel
    Bradford J. Axel (WSBA #29269)
    Aneelah Afzali (WSBA #34552)
    800 Fifth Avenue, Suite 4000
    Seattle, Washington 98104
    (206) 626-6000
    (206) 464-1496 (fax)
Counsel for Defendants


LOWENBERG, LOPEZ & HANSEN, P.S.

By: /s/ Stephen M. Hansen
    Stephen M. Hansen (WSBA #15642)
    950 Pacific Avenue, Suite 450
    Tacoma, Washington 98402-4441
    (253) 383-1964
    (253) 838-4493 (fax)
Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, I caused the foregoing to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Stephen M. Hansen | stephen.hansen@llhlaw.com |
| Alana K. Bullis | akbullis@yahoo.com |
| Debra Brewer Hayes | dhayes@dhayeslaw.com |
| William E. Meyer | wmeyer@schiffhardin.com |
| Marci A. Eisenstein | meisenstein@schiffhardin.com |
| Nick Kahlon | nkahlon@schiffhardin.com |
| Elaine A. Ryan | eryan@bffb.com |
| Van Bunch | vbunch@bffb.com |
| David A. Futscher | dfutscher@pdfslaw.com |
| Patricia N. Syverson | psyverson@bffb.com |

/s/ Bradford J. Axel
Bradford J. Axel, WSBA #29269

Attorney for Defendants Twin City Fire Insurance Company, The Hartford Financial Services Group, Inc., and Hartford Fire Insurance Company

STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO
FILE REPLY IN SUPPORT OF MOTION TO DISMISS
-3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000