UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARILYN MARTIN,

    Plaintiff,

  v.

TWIN CITY FIRE INSURANCE COMPANY, et al.,

    Defendants.

Case No. C08-5651RJB

ORDER FOR STATUS CONFERENCE

This matter comes before the court on the Joint Report to Court filed by the parties (Dkt. 65). It appears from that report that the case is not as near to settlement as counsel earlier reported, and that a considerable period of time has elapsed to allow settlement negotiations without other case deadlines. It appears that the court should meet with counsel to determine the status of the case and to set the case for trial and all other deadlines as may be appropriate. Counsel should bring their calendars to the status conference. This being one of the oldest cases on the court's calendar, counsel can anticipate aggressive deadlines and trial date. Accordingly, it is now

ORDERED that a status conference will be held in open court on Thursday, February 4, 2010 at 9:00 a.m. for the foregoing purposes.

ORDER FOR STATUS CONFERENCE - 1

1       The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 27th day of January, 2010.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER FOR STATUS CONFERENCE - 2