# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MARILYN MARTIN,

    Plaintiff,

v.

TWIN CITY INSURANCE COMPANY,
THE HARTFORD FINANCIAL SERVICES
GROUPS, INC. and HARTFORD FIRE
INSURANCE COMPANY,

    Defendants.

Case No. 08-5651RJB

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

Counsel for the proposed class and the Plaintiff's individual counsel have each moved to have the other disqualified (Dkts. 70 & 77). It would be counter-productive and unnecessary to grant either motion, and to do so would likely prejudice the proposed class, the Plaintiff, and the Defendants. Furthermore, the issues raised in the motions are not sufficiently severe to justify disqualification. Both motions (Dkt. 70 & 77) are DENIED.

DATED this 5thday of March, 2010.

                                        BRUCE RIFKIN, Clerk

                                      BY    <u>s/Dara L. Kaleel</u>
                                                 Deputy Clerk

ORDER - 1